No. D–1230. IN RE DISBARMENT OF ROTH. It is ordered that James G. Roth, of Miami Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1231. IN RE DISBARMENT OF GROSS. It is ordered that Howard Gross, of Miami Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1232. IN RE DISBARMENT OF THIBIDEAU. It is ordered that Lance Joseph Thibideau, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1233. IN RE DISBARMENT OF IREK. It is ordered that Kenneth Frank Irek, of Raleigh, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1234. IN RE DISBARMENT OF RICE. It is ordered that Wilfred Carlmond Rice, of Litchfield, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1235. IN RE DISBARMENT OF USHIJIMA. It is ordered that Michael Masaharu Ushijima, of Algonquin, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.